No. 812. W. EVERETT ET AL. *v.* UNITED STATES ET AL. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Mr. William H. Gorham* and *Mr. James Kiefer* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. J. Frank Staley* for respondents.